IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**JOSEPH C. MCKENZIE,**

   **Plaintiff,**

v.          **CIVIL ACTION NO.: 3:22-CV-215 (GROH)**

**SCHENKER, INC.,**

   **Defendant.**

## ORDER GRANTING JOINT MOTION TO STAY CASE AND VACATING REMAINING DEADLINES

Currently before the Court is a Joint Motion to Stay Case Deadlines. ECF No. 41. Therein, the parties note that the Plaintiff has been admitted to an in-patient medical treatment facility with an unknown discharge date, but it is unlikely to be prior to the scheduled close of discovery on December 12, 2023.

Thus, the Court finds good cause to and does hereby **STAY this case through February 2, 2024**. The parties are hereby **DIRECTED** to file a status report no later than February 5, 2024.

The Clerk of Court is further **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED**: November 2, 2023

GINA M. GROH
UNITED STATES DISTRICT JUDGE